# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RCC SOLUTIONS LLC**                                                                      **PLAINTIFF**

**V.**                          **No. 4:09-CV-00130 GTE**

**TRIMBLE NAVIGATION LIMITED and**
**NAVIGATION ELECTRONICS, INC.**                                   **DEFENDANTS**

## ORDER OF DISMISSAL

The parties have advised that they have reached an agreement to settle all remaining claims in this action. Accordingly,

IT IS HEREBY ORDERED THAT all claims asserted by Plaintiff RCC Solutions LLC against Trimble Navigation Limited and Navigation Electronics, Inc., be, and they are hereby, DISMISSED WITH PREJUDICE. The Court hereby retains jurisdiction for a period of thirty (30) days for the sole purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED this 28th day of August, 2009.

                                                        /s/Garnett Thomas Eisele
                                                        UNITED STATES DISTRICT JUDGE